SADIE ROSENZWEIG, Respondent, v. LAEMMLE BUILDING CORPORATION and Another, Defendants, and JOHN H. DUNCAN, INC., Appellant.— Order denying

* Added by Laws of 1926, chap. 705, as amd. by Laws of 1927, chap. 342.— [REP.

motion of defendant John H. Duncan, Inc., to require plaintiff to serve an amended complaint, separately stating and numbering causes of action, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Seeger and Carswell, JJ., concur; Rich, J., dissents.